

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00382-CV

**GENESIS NETWORKS ENTERPRISES, LLC**, James Goodman, and Cathy Kincy,
Appellants

v.

**GRAVETTI CORPORATION**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08103
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Consistent with the parties' agreement, costs of appeal are taxed against the party who incurred them. *See id*. 42.1(d).

SIGNED November 18. 2020.

_____
Irene Rios, Justice